

08-CV-01272-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES M. CRARY, | Case No. 08-1272-JLR-JPD |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). As a result, his IFP application is DENIED as moot.

ORDER OF DISMISSAL
PAGE - 1

(3)  The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 12th day of December, 2008.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 2